**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6223**

ANTHONY DOVE,

             Plaintiff - Appellant,

        v.

IMELDA J. PATE, Assistant District Attorney – Lenoir County;
PAUL L. JONES, Resident Superior Court Judge – Lenoir
County; RIPLEY E. RAND, U.S. Attorney – Middle District of
N.C.; DAWN G. STROUD, Lenoir County Clerk of Court; LINDA
MCGEE, Chief Judge, NC Court of Appeals; SAM J. ERVIN,
Justice, NC Supreme Court,

             Defendants - Appellees.


Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge. (5:15-ct-03132-BO)


Submitted:  May 26, 2016                 Decided:  June 1, 2016


Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit
Judges.


Affirmed by unpublished per curiam opinion.


Anthony Dove, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dove appeals the district court's orders dismissing, after a 28 U.S.C. § 1915 (2012) review, his 42 U.S.C. § 1983 (2012) action, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. Dove v. Pate, No. 5:15-ct-03132-BO (E.D.N.C. Jan. 12, 2016 & Feb. 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED